UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEY CRISOSTOMO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 16-cv-06406 ) ) |
| TRACEY L. SCHNEIDER-KIDAN and ADAM KIDAN, | ) ) ) |
| Defendants. | ) |

### UNCONTESTED
### MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE

**NOW COMES** Robert M. Winter, Robbins, Salomon & Patt, Ltd., and moves the court for leave to file his Additional Appearance for Defendant Adam Kidan.

Dated: March 26 2018

Respectfully Submitted,

_____
Robert M. Winter

Robert McKenna Winter (3122228)
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago IL  60601
312-456-0374
rwinter@rsplaw.com

1506775

## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Josey Crisostomo v. Tracey L. Schneider-Kidan, Adam Kidan

Case Number: 16-cv-06406

An appearance is hereby filed by the undersigned as attorney for:
Adam Kidan

Attorney name (type or print): Robert McKenna Winter

Firm: Robbins, Salomon & Patt, Ltd.

Street address: 180 North LaSalle Street, Suite 3300

City/State/Zip: Chicago IL  60601

Bar ID Number: 3122228
(See item 3 in instructions)

Telephone Number: 312-456-0374

Email Address: rwinter@rsplaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 26, 2018

Attorney signature: S/ Robert McKenna Winter
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015