[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JOSEY CRISOSTOMO,

Plaintiff

v.

TRACEY L. SCHNEIDER-KIDAN
and ADAM KIDAN

Defendant

Case Number: 16-cv-06406

Judge: John Z. Lee

### NOTICE OF MOTION

TO: Ryan F. Stephan (rstephan@stephanzouras.com)
Stephan, Zouras, LLP; 205 North Michigan, Suite 2560
Chicago IL 60601
Daniel E. Beederman (daniel.beederman@sfnr.com)
Schoenberg, Finkel, Newman & Rosenberg, LLC
222 South Riverside Plaza, Suite 2100
Chicago IL 60606

**PLEASE TAKE NOTICE** that on March 29, 2018 at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge John Z. Lee or any judge sitting in his or her stead in **Courtroom** 1225 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Uncontested Motion for Leave to File Additional Appearance

### CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I provided service to the person or persons listed above by the following means: email transmission to their listed email addresses.

Signature: *Frances A. Barrett*          Date: March 26, 2018

Name (Print): Frances A. Barrett

Address: Robbins, Salomon & Patt, Ltd.          Phone: 312-456-0160

180 North LaSalle Street, Suite 3300

Chicago IL 60601

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]